United States District Court
Southern District of Texas
**ENTERED**
September 05, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-2901 |
| EOX HOLDINGS LLC and ANDREW GIZIENSKI, | § § § § | |
| Defendants. | § | |

### ORDER

Having carefully considered the Expedited Motion by Defendants EOX Holdings LLC and Andrew Gizienski to Postpone the Pretrial Conference Until After the Court Rules on Defendants' Motion to Dismiss and for Summary Judgment on Counts I and II of the Complaint (Docket Entry No. 65) and Plaintiff Commodity Futures Trading Commission's Response in Opposition to Defendants' Motion to Postpone the Pretrial Conference Until After the Court Rules on Defendants' Motion to Dismiss and for Summary Judgment on Counts I and II of the Complaint (Docket Entry No. 68), the court concludes that the Expedited Motion by Defendants to Postpone the Pretrial Conference Until After the Court Rules on Defendants' Motion to Dismiss and for Summary Judgment on Counts I and II of the Complaint (Docket Entry No. 65) should be and is hereby **DENIED**.

Because of the number of dispositive motions pending on the court's docket, the court normally limits the parties to one dispositive motion. This limitation is especially appropriate when a defendant files a dispositive motion before the parties have conducted discovery. Since defendants filed a Notice of Motion to Dismiss and for Summary Judgment on Counts I and II of the Complaint as to EOX and Gizienski, and Motion to Dismiss All Counts Against Gizienski ("Defendants' Dispositive Motion") (Docket Entry No. 23) before the case was transferred to the undersigned judge, defendants will advise the court by September 10, 2019, whether they wish to proceed with their Defendants' Dispositive Motion or to withdraw the motion and reserve their right to file a motion for summary judgment pursuant to the scheduling order that the court will enter at the September 27, 2019, initial pretrial and scheduling conference.

**SIGNED** at Houston, Texas, on this 5th day of September, 2019.

———————————————
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE