United States District Court
Southern District of Texas
**ENTERED**
March 11, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> EOX HOLDINGS LLC and ANDREW GIZIENSKI, <br><br> Defendants. | Case No.: 4:19-cv-02901 <br><br> Hon. Sim Lake |

[PROPOSED] ORDER GRANTING PLAINTIFF'S
<u>AGREED MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE</u>

Having carefully considered the Plaintiff's Agreed Motion For Summary Judgment Briefing Schedule, the Court concludes that the Motion should be and is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiff's Motion For Summary Judgment Briefing Schedule is **GRANTED**.

SIGNED at Houston, Texas, on this 11th day of March, 2021.

Hon. Sim Lake
**Senior United States District Judge**