# Exhibit 3

| Year | Sum of Commission |
|---|---|
| 2010 | $ 145,276.75 |
| 2011 | $ 431,352.50 |
| 2012 | $ 4,385,239.34 |
| 2013 | $ 19,762,087.76 |
| **Grand Total** | **$ 24,723,956.35** |

| Time Period | Sum of Commission |
|---|---|
| August 1, 2010 - December 31, 2010 | $145,276.75 |
| 2011 | $431,352.50 |
| 2012 | $4,385,239.34 |
| January 1, 2013 to July 31, 2013 | $11,299,907.95 |
| **Total** | **$16,261,776.54** |