Exhibit 4

| | |
|---|---|
| **From:** | Ratliff, David |
| **To:** | Shane O"Mara; Bagri, Sneha |
| **Cc:** | Sarah A. Iverson; Wright, Joe |
| **Subject:** | [ArcMail Restored] RE: EOX/OTC Financials |
| **Date:** | Thursday, January 21, 2021 12:17:01 PM |
| **Attachments:** | image001.jpg |

Shane –

We've discussed internally, and I am organizing resources for us to undertake reporting gross for EOX.

We agree that the goal of reporting this way for 6/30, when we file in July, is appropriate and as such will work towards that end.

Appreciate you working through this with us, and also appreciate your availability as and when we may have questions as we put this together.

Thanks

**From:** Shane O'Mara <SOmara@NFA.Futures.Org>
**Sent:** Tuesday, June 2, 2020 9:28 AM
**To:** Bagri, Sneha <bagri.s@otcgh.com>
**Cc:** Ratliff, David <ratliff.d@otcgh.com>; Sarah A. Iverson <siverson@nfa.futures.org>
**Subject:** EOX/OTC Financials

Sneha and David,

We would like to have a call today or tomorrow about EOX net capital reporting and financial preparation.  We will expect EOX to recognize all business being done under the EOX umbrella on the financial statements.  This would include commissions receivable, Commissions payables and any revenues generated by EOX APs.  We understand this will be a net zero in essentially all situations to net capital position, but without these commissions being recognized at EOX, we feel that full and complete books and records are not being maintained for the NFA member.  There is no need to retroactively change anything, but going forward the financial statements will need to be prepared this way.

Does tomorrow at 9:00 am central work on your side?  We can work out another time if it does not.

Thank you,
Shane


**Shane O'Mara**
Associate Director, Investigations
Compliance

NFA

300 South Riverside Plaza, Suite 1800

Chicago, IL 60606

T: 312.781.1487

F: 312.559.3433

somara@nfa.futures.org



**This message (including attachment(s)) is confidential and intended for the addressee only. If you received this e-mail in error, please notify the sender immediately.  Unauthorized distribution, disclosure or copying of this e-mail is prohibited.**

The opinions expressed in this email are based upon the representations you have made to a representative of the Compliance Department of National Futures Association ("NFA"). Any different, changed, or omitted facts or conditions might render this opinion void. Moreover, this response represents the opinions of Compliance Staff and does not necessarily reflect the views of NFA.

*This email, any information contained herein and any files transmitted with it (collectively, the Material) are the sole property of OTC Global Holdings LP and its affiliates (OTCGH); are confidential, may be legally privileged and are intended solely for the use of the individual or entity to whom they are addressed. Unauthorized disclosure, copying or distribution of the Material, is strictly prohibited and the recipient shall not redistribute the Material in any form to a third party. Please notify the sender immediately by email if you have received this email by mistake, delete this email from your system and destroy any hard copies. OTCGH waives no privilege or confidentiality due to any mistaken transmission of this email.*