IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 4:19-cv-02901 |
| | ) Hon. Sim Lake, Presiding |
| EOX HOLDINGS LLC and ANDREW GIZIENSKI, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION TO SEAL EXHIBIT**

Defendants EOX Holdings LLC and Andrew Gizienski respectfully move the Court to seal Plaintiff's Trial Exhibit 102 (ECF 273-40; ROA.11238-43) which contains personally identifiable information of Defendant-Appellant Andrew Gizienski.

Undersigned counsel has just discovered that Plaintiff did not file that document under seal in the District Court, and requests that be corrected by sealing that Exhibit now.

Pursuant to the information from the Court of Appeals' Deputy Clerk, Defendants-Appellants are filing an identical motion in the Court of Appeals.

Counsel for Plaintiff Commodity Futures Trading Commission has authorized undersigned to represent that Plaintiff does not oppose this Motion.

WHEREFORE, Defendants-Appellants ask the Court to seal Plaintiff's Trial Exhibit 102 (ECF 273-40; ROA.11238-43).

\*\*\*\*

1

2

Date:  January 18, 2023                                    Respectfully submitted,

    s/ Constantine John Gekas
Constantine John Gekas
ATTORNEY-IN-CHARGE
State of Illinois Bar No. 3126670
Southern District of Texas Bar No. 2799779
 CJG@gekaslaw.com
GEKAS LAW LTD.
33 North LaSalle Street STE 200
Chicago, Illinois 60602
Tel: (312) 726-4501; Fax: (312) 726-4505

*Counsel for Defendants*

CERTIFICATE OF SERVICE

I certify that on January 18, 2023, I electronically filed the foregoing document using the Court's CM/ECF system, which will automatically send notifications of such filing to the following:

>Candice Haan (chaan@cftc.gov)
>Joseph Konizeski (jkonizeski@cftc.gov)
>Douglas Snodgrass (dsnodgrass@cftc.gov)
>Robert Howell (rhowell@cftc.gov)
>U.S. COMMODITY FUTURES TRADING COMMISSION
>77 W. Jackson Boulevard Suite 800
>Chicago, IL 60604

        /s/ Constantine John Gekas