**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 4:h-19-2901 |
| | ) |
| **EOX HOLDINGS LLC and ANDREW GIZIENSKI,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This cause came before the Court on Defendants' DEFENDANTS' UNOPPOSED MOTION TO SEAL EXHIBIT, and it is hereby ORDERED:

The Clerk shall seal Plaintiff's Trial Exhibit 102, Docket No. 273-40.

_____   _____
    DATE                                                        SIM LAKE
                                         SENIOR UNITED STATES DISTRICT JUDGE