United States District Court
Southern District of Texas
**ENTERED**
January 19, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 4:h-19-2901 |
| | ) |
| EOX HOLDINGS LLC and ANDREW GIZIENSKI, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This cause came before the Court on Defendants' DEFENDANTS' UNOPPOSED MOTION TO SEAL EXHIBIT, and it is hereby ORDERED:

The Clerk shall seal Plaintiff's Trial Exhibit 102, Docket No. 273-40.

\_\_\_JAN. 19, 2023\_\_\_
DATE

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE